UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BASIL SAN DIEGO | CIVIL ACTION 1:18-01348 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| LOUISIANA COLLEGE | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 33), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Basil San Diego's claims against Louisiana College **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SIGNED** this 20th day of March 2020, at Alexandria, Louisiana,

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT